HENRIETTA STEINBACH and Another v. JOHN FREVEL and Others.[1]

April 10, 1908.

Nos. 15,701—(170).[2]

**Notice of Appeal—Service by Post.**
> Service of notice of appeal on the clerk of the court by mail is not good, unless the notice reaches him within the proper time.

An action in the district court for Stearns county by the administratrix of the estate of John G. Steinbach, deceased, to have a certain deed declared a mortgage and for an accounting, and in case the mortgage had not been fully paid to be allowed to redeem, was tried and pursuant to an order of court judgment was entered and docketed therein on October 14, 1905. On January 6, 1908, an order was filed striking from the files a demand for a second trial and on January 14, 1908, an order was filed amending the last mentioned order by correcting the title thereof. On January 20, 1908, notice of these orders was served on an attorney of the plaintiff and service was admitted. Defendants' attorneys having received through the mail on February 20, 1908, a notice of appeal, obtained from the court an order to show cause why such appeal should not be dismissed. On the return day the appeal was dismissed.

Wm. N. M. Crawford and Charles E. Bond, for appellants.
Donahue & Stephens, for respondents.

PER CURIAM.

Motion to dismiss appeal on the ground that the notice thereof was not served on the clerk of the district court within the time limited. The notice was served by mail, but did not reach the clerk until after the time for appealing from the order had expired. Held, following Thorson v. St. Paul F. & M. Ins. Co., 32 Minn. 434, 21 N. W. 471, that the service was insufficient.

Appeal dismissed.

[1] Reported in 115 N. W. 947.          [2] April, 1908, term calendar.